# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Justin Rice, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| McKenzie County, a political subdivision ) | |
| of the State of North Dakota, et. al., ) | Case No. 4:15-cv-167 |
| ) | |
| Defendants. ) | |

On December 27, 2016, plaintiff filed a "Sheriff's Return of Personal Service" on Defendant Plote Construction ND, LLC that contained sensitive personal information (read: an agent's DOB). The Clerk's office shall seal the return. Plaintiff provide the Clerk's office with a redacted copy of the return for filing by January 9, 2017.

**IT IS SO ORDERED.**

Dated this 30th day of December, 2016.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court