# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Justin Rice, | ) | |
|       Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| North Star Energy & Construction, LLC, LLC, Daniel Plote, individually, and Daniel Plote d/b/a River Aggregates, LLC, | ) | Case No. 4:15-cv-167 |
|       Defendants. | ) | |

On June 10, 2019, Defendant North Star Energy & Construction, LLC filed an motion to extend the dispositive motion deadline from June 10, 2019, to July 15, 2019. The court **GRANTS** the motion (Doc. No. 115). The parties shall have until July 15, 2019, to file dispositive motions. Additionally, in light of its congested calendar, the court on its own motion shall continue the final conference and jury trial. Accordingly, the final pretrial conference set for November 5, 2019, before the Magistrate Judge shall be rescheduled for April 15, 2020, at 2:00 p.m. via telephone. To participate in the conference, counsel shall call the following number and enter the following access code:

    Tel. No.: (877) 810-9415

    Access Code: 8992581

The jury trial set for November 18, 2019, shall be rescheduled for April 27, 2020, at 9:00 a.m. in Bismarck before Chief Judge Hovland. A four (4) day trial is anticipated.

**IT IS SO ORDERED.**

Dated this 11th day of June, 2019.

                                                    */s/ Clare R. Hochhalter*
                                                    Clare R. Hochhalter, Magistrate Judge
                                                    United States District Court